UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 14, 2003**

Charles R. Fulbruge III
Clerk

_____

Consolidated Cases Nos. 02-60159, 02-60166,
02-60204, 02-60206, 02-60213

_____


Case No. 02-60159

BANK ONE NA,

Plaintiff-Appellee,

v.

TYRONE DAVIS,

Defendant-Appellant.


_____

Case No. 02-60166

BANK ONE NA,

Plaintiff-Appellee,

v.

ROBERT BLACKMON,

Defendant-Appellant.


_____

Case No. 02-60204

BANK ONE NA,

Plaintiff-Appellee,

v.

LEADNER HACKETT,

Defendant-Appellant.


_____

Case No. 02-60206

BANK ONE NA,

                                    Plaintiff-Appellee,

                    v.

GWENDOLYN DIXON,

                                    Defendant-Appellant.

_____

Case No. 02-60213

BANK ONE NA,

                                    Plaintiff-Appellee,

                    v.

ISSAC RICHARDSON, JR., also known as Issac Richardson,
                                    Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Mississippi
(3:01-CV-74-WS)
_____

Before REAVLEY, JOLLY, and JONES, Circuit Judges.

PER CURIAM:[*]

        Appellants challenge the district court's rulings granting Bank One's motions to compel arbitration and to stay the Appellants' pending state law claims. This case is indistinguishable from those that we reviewed and ruled on in the related cases of Bank One, N.A. v. Boyd[1] and Bank One, N.A. v.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1]    288 F.3d 181 (5th Cir. 2002).

2

Lake.[2] For essentially the same reasons that are set forth in our opinion in Boyd and in the district court's opinion in Bank One, N.A. v. Coates,[3] and Bank One, N.A. v. Taylor,[4] the judgments of the district court in these cases are, in all respects, **AFFIRMED**.

---

[2] No. 01-60051 (5th Cir. April 5, 2002) (unpublished).

[3] 125 F. Supp. 2d 819 (S.D. Miss. 2001).

[4] No. 4:01CV15-D-B (N.D. Miss. May 7, 2002) (order granting petition to compel arbitration).